IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2519-AP**

**WILLIAM C. RUDDELL,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

    Upon consideration of the Stipulated Motion to Dismiss Plaintiff's Complaint (doc. #8), filed October 5, 2007, it is

    **ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorney fees.

    Dated this 5th day of October, 2007.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT